

Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
August 07, 2023

Jacob L. Houmand, Esq. (NV Bar No. 12781)
Email: jhoumand@houmandlaw.com
Bradley G. Sims, Esq. (NV Bar No. 11713)
Email: bsims@houmandlaw.com
HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV 89148
Telephone:    702/720-3370
Facsimile:    702/720-3371

*Counsel for Ryan A. Andersen, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-21-14099-NMC |
| | Case No. BK-S-21-14101-NMC |
| AFFINITYLIFESTYLES.COM, INC., | Case No. BK-S-21-14102-NMC |
| REAL WATER, INC., and REAL WATER OF TENNESSEE, LLC, | Chapter 7 |
| Debtors. | |
| RYAN A. ANDERSEN, Chapter 7 Trustee, | Adv. Proc. No. 23-01112-NMC |
| Plaintiff, | |
| v. | **ORDER SHORTENING TIME FOR HEARING ON MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. § 105(a) AND FRBP 7065 ENJOINING THE PROSECUTION OF CERTAIN LAWSUITS** |
| ORION GALLAGHER, a minor child, individually; et. al. | |
| Defendants. | Date of Hearing: August 22, 2023 |
| | Time of Hearing: 10:30 A.M. |

-1-

1  This Court having considered the *Ex Parte Application for Order Shortening Time On Motion For Entry of an Order Pursuant to 11 U.S.C. § 105(a) and FRBP 7065 Enjoining the Prosecution of Certain Lawsuits* (the "Application for OST") filed by Ryan A. Andersen (the "Trustee"), the Chapter 7 Trustee in the above-captioned bankruptcy case and plaintiff in the above-captioned adversary proceeding, by and through his counsel of record, Jacob L. Houmand, Esq. and Bradley G. Sims, Esq. of the Houmand Law Firm, Ltd., and good cause appearing,

**IT IS HEREBY ORDERED** that notice is hereby given that the *Motion For Entry of an Order Pursuant to 11 U.S.C. § 105(a) and FRBP 7065 Enjoining the Prosecution of Certain Lawsuits* (the "Motion") shall be heard by a United States Bankruptcy Judge, Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom 3, Las Vegas, Nevada, on August 22, 2023 at 10:30 A.M.

**IT IS FURTHER ORDERED** that notice is hereby given that any Opposition to the Motion shall be filed no later than August 16, 2023.

**IT IS FURTHER ORDERED** that notice is hereby given that any Replies to any Oppositions to the Motion shall be filed no later than August 18, 2023. Service of the Order shortening time shall be in accordance with LR 9006. Parties wishing to appear and participate at this hearing shall call the telephone conference line 1(669) 254 5252, Meeting ID: 161 166 2815, Passcode: 115788#.

**IT IS SO ORDERED**.

Prepared and Submitted By:

**HOUMAND LAW FIRM, LTD.**

By: /s/ Bradley G. Sims
Jacob L. Houmand, Esq. (NV Bar No. 12781)
Bradley G. Sims, Esq. (NV Bar No. 11713)
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV 89148
*Counsel for Ryan A. Andersen, Chapter 7 Trustee*
Telephone:    702/720-3370
Facsimile:    702/720-3371